AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Atlas, Nancy F. | U.S. District Court, Southern District of Texas | 09/01/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court
515 Rusk St., Room 9015
Houston, TX 77002

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Member | VICTORY (Houston American Cancer Society) |
| 2. | Co-Trustee | Trust 1 |
| 3. | Co-Trustee (see Section VIII, Section 1, Note 1) | Trust 2 |
| 4. | Co-Trustee (see Section VIII, Section 1, Note 1) | Trust 3 |
| 5. | Task Force Co-Chair | American Bar Association Section of Litigation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Trustee fees |
| 2. | 2019 | Self employed - legal consulting |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | 02/06/19 | Houston, TX | Panelist, Adv. IP Law course | transportation |
| 2. | State Bar of Texas | 07/18/19 | San Antonio, TX | Speaker, Adv. Patent Law seminar | transportation, hotel |
| 3. | New York University | 09/26/19 to 09/29/19 | New York, NY | NYU, New York Civil Jury Project | transportation, hotel, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Atlas, Nancy F.** | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Estate #2 | | | | | | | | | |
| 2.   -BBVA cash equivalent | | None | L | T | | | | | |
| 3.   -NOGXX- MFB Northern US Govt Money Market FDS | E | Interest | M | T | | | | | |
| 4.   -US Treasury Bills | E | Interest | | | Matured | 02/18/19 | P1 | | |
| 5. | | | | | Buy | 03/04/19 | P1 | | |
| 6. | | | | | Matured | 05/02/19 | P1 | | |
| 7.   IRA #2: | | | | | | | | | |
| 8.   -BHYIX - MFO Blackrock FDS V High Yield BD Port Instl C | B | Interest | K | T | Buy | 01/16/19 | K | | |
| 9.   -Chevron Corp Bnds 2.193% Due 11-15-2019 | B | Interest | | | Matured | 11/15/19 | K | | |
| 10.   -Deere John Cap Corp Medium Term NTS- Book 3.15% Due 10-15-2021 | B | Interest | L | T | | | | | |
| 11.   -GLAXOSMITHKLINE CAP PLC 3.125% 05-14-2021 | B | Interest | L | T | Buy | 01/07/19 | L | | |
| 12.   -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index | B | Dividend | L | T | | | | | |
| 13.   - HOME DEPOT INC 3.125% DUE 03-01-2022 REG | B | Interest | L | T | Buy | 01/17/19 | L | | |
| 14.   -JP Morgan Chase & Co 4.5% Due 01-24-2022 REG | B | Interest | L | T | | | | | |
| 15.   -NFRA - MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | K | T | Buy (add'l) | 01/17/19 | J | | |
| 16.   -NGREX - MFB Northern FDS Global Real Estate Index FD | B | Dividend | K | T | Buy (add'l) | 01/16/19 | J | | |
| 17.   -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | C | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | A | Dividend | K | T | Buy (add'l) | 01/16/19 | K | | |
| 19. | | | | | Sold (part) | 09/12/19 | K | B | |
| 20.  -NOGXX - MFB Northern US Govt Money Market FDS | C | Interest | N | T | | | | | |
| 21.  -NOINX - MFB Northern Intl Equity Index FD | B | Dividend | L | T | Buy (add'l) | 01/16/19 | J | | |
| 22. | | | | | Sold (part) | 09/12/19 | K | C | |
| 23.  -NOMIX - MFB Northern Mid Cap Index FD | A | Dividend | K | T | Sold (part) | 09/12/19 | J | C | |
| 24.  -NOSIX - MFB Northern FDS STK Index FD | C | Dividend | M | T | Sold (part) | 09/12/19 | L | E | |
| 25. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 26.  -NOVARTIS CAP CORP 2.4% DUE 09-21-2022 | B | Interest | L | T | Buy | 01/17/19 | K | | |
| 27.  -NSIDX- MFB Northern FDS Small Cap Index FD | A | Dividend | J | T | Sold (part) | 09/12/19 | J | B | |
| 28.  -ORACLE CORP 2.5% Due 05-15-2022/05-15-2015 REG | B | Interest | L | T | Buy | 01/17/19 | K | | |
| 29.  -Pfizer Inc. 5.2% 08-12-2020 REG | C | Interest | L | T | | | | | |
| 30.  - SHELL INTL FIN B V 3.5% DUE 11-13-2023 | B | Interest | L | T | Buy | 01/17/19 | L | | |
| 31.  -TDTT- MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index FD | A | Interest | K | T | | | | | |
| 32.  - TOYOTA MOTOR CREDIT CORP 3.45% DUE 09-20-2023 | B | Interest | L | T | Buy | 01/17/19 | L | | |
| 33.  -Wells Fargo & Co 3.5% Due 03-08-2022 REG | B | Interest | L | T | | | | | |
| 34.  IRA #3 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -3M CO 2.0% DUE 02-14-2025/08-26-2019 | | None | L | T | Buy | 08/26/19 | L | | |
| 36. -American Express Credit 2.6% 09-14-2020 | C | Interest | M | T | | | | | |
| 37. -Bank Montreal Med. Term SR NTS Book Entry Tranche # TR 00279 2.5% Due | B | Interest | M | T | Buy | 08/23/19 | M | | |
| 38. - BB&T Corp SR Med. Term NTS Book Entry Tranche # TR 00028 3.2% Due | C | Interest | M | T | Buy | 01/18/19 | M | | |
| 39. - Berkshire Hathaway Inc DEL 2.75% Due 03-15-2023/03-15-2016 REG | C | Interest | M | T | Buy | 01/18/19 | L | | |
| 40. -BHYIX- MFO Blackrock FDS V High Yield BD Port Instl C | C | Interest | L | T | Buy | 01/16/19 | L | | |
| 41. - Chevron Corp Bnds 2.193% Due 11-15-2019 | B | Interest | | | Matured | 11/15/19 | L | | |
| 42. -Comcast Corp. New 5.7% Due 05-15-2018 BEO | C | Interest | | | Buy | 01/18/19 | M | | |
| 43. | | | | | Matured | 11/13/19 | M | | |
| 44. -Deere John Cap Corp Medium Term NTS-Book 3.15% Due 10-15-2021 | B | Interest | L | T | | | | | |
| 45. -ExxonMobil Corp. 2.275% Due08-16-2026/08-16-2019 REG | | None | M | T | Buy | 08/23/19 | M | | |
| 46. -Gen Elec Cap Corp 4.625% Due 01-07-2021 | C | Interest | M | T | | | | | |
| 47. -GLAXOSMITHKLINE CAP PLC 3.125% 05-14-2021 | C | Interest | M | T | Buy | 01/18/19 | M | | |
| 48. -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index | C | Dividend | M | T | Sold (part) | 09/13/19 | K | D | |
| 49. - HOME DEPOT INC 3.125% DUE 03-01-2022 REG | C | Interest | | | Buy | 01/18/19 | M | | |
| 50. | | | | | Sold | 09/13/19 | M | B | |
| 51. -JP Morgan Chase & Co 4.5% Due 01-24-2022 REG | C | Interest | | | Sold | 09/13/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Medtronic Inc. 3.15% Due 03-15-2022 REG | C | Interest | | | Sold | 09/13/19 | M | | |
| 53.   -NFRA - MFC Flexshares Tr Stock Global Broad Infrastructure Index FD | B | Dividend | L | T | Buy (add'l) | 01/17/19 | K | | |
| 54. | | | | | Sold (part) | 09/13/19 | K | C | |
| 55.   -NGREX- MFB Northern FDS Global Real Estate Index FD | C | Dividend | L | T | Buy (add'l) | 01/16/19 | K | | |
| 56.   -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | D | Interest | M | T | | | | | |
| 57.   -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | C | Dividend | L | T | Buy (add'l) | 01/16/19 | J | | |
| 58. | | | | | Sold (part) | 09/12/19 | K | C | |
| 59.   -NOGXX - MFB Northern US Govt Money Market FDS | E | Interest | P1 | T | Buy | 09/18/19 | M | | |
| 60.   -NOINX - MFB Northern Intl Equity Index FD | D | Dividend | M | T | Buy (add'l) | 01/16/19 | J | | |
| 61. | | | | | Sold (part) | 09/12/19 | L | D | |
| 62.   -NOMIX - MFB Northern Mid Cap Index FD | B | Dividend | L | T | Sold (part) | 09/12/19 | K | D | |
| 63.   -NOSIX - MFB Northern FDS STK Index FD (X) | D | Dividend | N | T | Sold (part) | 09/12/19 | M | F | |
| 64. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 65.   -NOVARTIS CAP CORP 2.4% DUE 09-21-2022 | B | Interest | | | Buy | 01/18/19 | L | | |
| 66. | | | | | Sold | 09/13/19 | M | C | |
| 67.   -NSIDX - MFB Northern FDS Small Cap Index FD | B | Dividend | L | T | | | | | |
| 68.   -SHELL INTL FIN B V 3.5% DUE 11-13-2023 | C | Interest | M | T | Buy | 01/18/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index | B | Interest | L | T | | | | | |
| 70. -Toronto Dominion BK SR Med. Term BK NT 3.5% Due 07-19-2023 | C | Interest | M | T | Buy | 01/18/19 | M | | |
| 71. -TOTAL Cap Intl 2.7% Due 01-25-2023 REG | C | Interest | M | T | Buy | 01/18/19 | L | | |
| 72. -Toyota Mtr Cr Corp Md Term NTS Bk Entry Mtn 2.125% due 07-18-2019 | B | Interest | | | Matured | 07/18/19 | L | | |
| 73. -US Bancorp Med. Term NTS- Bk Entry Tranche #TR 00171 3.0% Due 03-15-2 | C | Interest | | | Buy | 01/18/19 | L | | |
| 74. | | | | | Sold | 09/13/19 | M | C | |
| 75. -U.S. Treasury Bill | | None | N | T | Buy | 10/30/19 | M | | |
| 76. -VSMAX - Small Cap Index Fund | A | Dividend | | | Sold | 08/02/19 | K | | |
| 77. -VSMAX-Vanguard Small Cap Index Fund (X) | | None | | | Sold | 09/13/19 | K | | |
| 78. -Wells Fargo & Co New Medium Term SR NTS Book Entry Tranche # TR 0016 | B | Interest | L | T | | | | | |
| 79. -Westpac BKG Corp 2.15% Due 03-06-2020 REG | B | Interest | L | T | | | | | |
| 80. IRA #6 | | | | | | | | | |
| 81. -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 82. -NGREX- MFB Northern FDS Global Real Estate Index FD | A | Dividend | J | T | Buy | 02/19/19 | J | | |
| 83. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | B | Interest | K | T | Buy | 02/19/19 | K | | |
| 84. -NOBOX - MFB Northern FDS BD Index FD | C | Interest | M | T | Buy | 02/19/19 | M | | |
| 85. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | A | Dividend | J | T | Buy | 02/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | J | T | Buy | 02/19/19 | M | | |
| 87. -NOINX - MFB Northern Intl Equity Index FD | A | Dividend | K | T | Buy | 02/19/19 | K | | |
| 88. -TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index | A | Interest | J | T | Buy | 02/20/19 | J | | |
| 89. -VFIAX- MFO Vanguard 500 Index Fund (X) | A | Dividend | K | T | Sold (part) | 02/19/19 | L | | |
| 90. -VSMAX-MFO Vanguard Small Cap Index Fund (X) | A | Dividend | K | T | Sold (part) | 02/19/19 | M | | |
| 91. -VFIAX - MFO Vanguard 500 Index Fund | A | Dividend | | | Sold | 02/08/19 | L | | |
| 92. -VSMAX - MFO Vanguard Small Cap Index Fund | A | Dividend | | | Sold | 02/08/19 | M | | |
| 93. -VUSXX - Vanguard Treasury Money Market Fund | B | Interest | | | Sold | 02/19/19 | J | | |
| 94. IRA #7 | | | | | | | | | |
| 95. -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index | A | Dividend | J | T | Buy | 07/17/19 | J | | |
| 96. -NGREX- MFB Northern FDS Global Real Estate Index FD | A | Dividend | J | T | Buy | 07/16/19 | J | | |
| 97. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | A | Interest | J | T | Buy (add'l) | 07/16/19 | J | | |
| 98. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | A | Dividend | J | T | | | | | |
| 99. -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | J | T | | | | | |
| 100. -NOINX-Northern Intl Equity Index FD | A | Dividend | J | T | | | | | |
| 101. -NOSIX - MFB Northern FDS STK Index FD | A | Dividend | K | T | | | | | |
| 102. -NSIDX - MFB Northern FDS Small Cap Index FD (FN 11) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  IRA #8 | | | | | | | | | |
| 104.  -DFISX - MFO DFA Intl Small Co Portfolio Fund | A | Dividend | J | T | Buy | 02/07/19 | J | | |
| 105.  -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 106. | | | | | Buy (add'l) | 01/24/19 | J | | |
| 107. | | | | | Sold (part) | 12/31/19 | J | A | |
| 108.  -NFRA - MFC Flexshares Tr Stock Global Broad Infrastructure Index FD | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 109. | | | | | Sold (part) | 02/08/19 | J | A | |
| 110. | | | | | Buy (add'l) | 06/24/19 | J | | |
| 111.  -NGREX- MFB Northern FDS Global Real Estate Index FD | A | Dividend | J | T | Buy | 01/10/19 | J | | |
| 112. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 113. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 114. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 115.  -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | B | Interest | K | T | Buy | 01/10/19 | J | | |
| 116. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 117. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 118. | | | | | Sold (part) | 02/27/19 | J | A | |
| 119. | | | | | Sold (part) | 06/21/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Atlas, Nancy F.** | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 121. -NOBOX - MFB Northern FDS BD Index FD | C | Interest | M | T | Buy | 01/10/19 | L | | |
| 122. | | | | | Buy<br>(add'l) | 01/23/19 | L | | |
| 123. | | | | | Sold<br>(part) | 02/07/19 | J | A | |
| 124. | | | | | Sold<br>(part) | 02/27/19 | J | A | |
| 125. | | | | | Buy<br>(add'l) | 06/21/19 | J | | |
| 126. | | | | | Sold<br>(part) | 07/19/19 | J | A | |
| 127. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | A | Dividend | J | T | Buy | 01/10/19 | J | | |
| 128. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 129. | | | | | Buy<br>(add'l) | 02/07/19 | J | | |
| 130. | | | | | Sold<br>(part) | 06/21/19 | J | A | |
| 131. | | | | | Sold<br>(part) | 08/16/19 | J | | |
| 132. -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | J | T | | | | | |
| 133. -NOINX - MFB Northern Intl Equity Index FD | A | Dividend | K | T | Buy | 01/10/19 | J | | |
| 134. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 135. | | | | | Buy<br>(add'l) | 02/07/19 | J | | |
| 136. | | | | | Sold<br>(part) | 02/27/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -NOMIX - MFB Northern Mid Cap Index FD | A | Dividend | J | T | Buy | 01/10/19 | J | | |
| 138. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 139. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 140. -NOSIX - MFB Northern FDS STK Index FD (X) | B | Dividend | L | T | Buy | 01/10/19 | K | | |
| 141. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 142. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 143. | | | | | Sold (part) | 02/24/19 | J | A | |
| 144. | | | | | Sold (part) | 06/21/19 | J | A | |
| 145. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 146. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 147. -NSIDX - MFB Northern FDS Small Cap Index FD (FN 11) | A | Dividend | J | T | Buy | 01/10/19 | J | | |
| 148. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 149. | | | | | Sold (part) | 02/07/19 | J | A | |
| 150. -TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index | A | Interest | J | T | Buy | 02/08/19 | J | | |
| 151. JOINT: | | | | | | | | | |
| 152. -BBVA cash equivalent | A | Interest | L | T | | | | | |
| 153. -BNY Mellon Appreciation Fund (formerly "Dreyfus Apprec. Fund") | E | Dividend | M | T | Buy (add'l) | 03/29/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Atlas, Nancy F.** | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 155. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 156. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 157. -DFISX - MFO DFA Intl Small Co Portfolio Fund | A | Dividend | | | Sold | 09/16/19 | J | | |
| 158. -GUNR-MFC Flexshares TR Morningstar Global Upstream Nat Res Ind (X) | A | Dividend | | | Sold | 09/13/19 | J | B | |
| 159. -GUNR-MFC Flexshares TR Morningstar Global Upstream Nat Res Ind | A | Dividend | | | Sold | 09/16/19 | J | A | |
| 160. -Nexus BSP LLC (merger Nexus Resources & Blind Squirrel Ptnrs) (Y) | | | | | | | | | |
| 161. -NFRA - MFC Flexshares Tr Stock Glbl Broad Infrastructure Index FD (X) | A | Dividend | | | Sold | 09/13/19 | J | B | |
| 162. -NFRA - MFC Flexshares Tr Stock Global Broad Infrastructure Index FD | A | Dividend | | | Buy (add'l) | 06/24/19 | J | | |
| 163. | | | | | Sold | 09/16/19 | J | A | |
| 164. -NGREX-MFB Northern FDS Global Real Estate Index FD (X) | A | Dividend | | | Sold | 09/12/19 | J | A | |
| 165. -NGREX-MFB Northern FDS Global Real Estate Index FD | A | Dividend | | | Buy (add'l) | 01/18/19 | J | | |
| 166. | | | | | Sold | 09/13/19 | J | A | |
| 167. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD (X) | B | Interest | K | T | | | | | |
| 168. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | B | Interest | | | Buy (add'l) | 04/02/19 | J | | |
| 169. | | | | | Sold (part) | 06/21/19 | J | | |
| 170. | | | | | Sold | 11/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | | None | | | Buy (add'l) | 01/18/19 | J | | |
| 172. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 173. | | | | | Sold (part) | 06/21/19 | J | | |
| 174. | | | | | Sold (part) | 08/16/19 | J | | |
| 175. | | | | | Sold | 09/13/19 | J | | |
| 176. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD (X) | | None | | | Sold | 09/12/19 | K | A | |
| 177. -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | | | Sold (part) | 11/21/19 | J | | |
| 178. | | | | | Sold (part) | 11/22/19 | J | | |
| 179. | | | | | Sold (part) | 12/02/19 | J | | |
| 180. | | | | | Sold | 12/05/19 | J | | |
| 181. -NOGXX - MFB Northern US Govt Money Market FDS (X) | A | Interest | N | T | Buy | 11/21/19 | J | | |
| 182. -NOINX - MFB Northern Intl Equity Index FD | | None | | | Buy (add'l) | 04/02/19 | J | | |
| 183. | | | | | Sold | 09/13/19 | K | B | |
| 184. -NOINX - MFB Northern Intl Equity Index FD (X) | A | Dividend | | | Sold | 09/12/19 | K | B | |
| 185. -NOITX - MFB Northern FDS Inter Tax Exempt FD (X) | A | Interest | L | T | | | | | |
| 186. -NOITX - MFB Northern FDS Inter Tax Exempt FD | B | Interest | | | Sold (part) | 01/18/19 | J | | |
| 187. | | | | | Buy (add'l) | 04/02/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 189. | | | | | Sold (part) | 07/19/19 | J | A | |
| 190. | | | | | Sold | 11/22/19 | K | | |
| 191. -NOMIX - MFB Northern Mid Cap Index FD | | None | | | Sold | 09/13/19 | J | A | |
| 192. -NOMIX - MFB Northern Mid Cap Index FD (X) | | None | | | Sold | 09/12/19 | J | A | |
| 193. -NOSIX - MFB Northern FDS STK Index FD | A | Dividend | | | Buy (add'l) | 01/18/19 | J | | |
| 194. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 195. | | | | | Sold (part) | 06/21/19 | J | A | |
| 196. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 197. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 198. | | | | | Sold | 09/13/19 | K | D | |
| 199. -NOSIX - MFB Northern FDS STK Index FD (X) | A | Dividend | | | Sold | 09/12/19 | K | D | |
| 200. NSIDX - MFB Northern FDS Small Cap Index FD | | None | | | Sold | 09/13/19 | J | A | |
| 201. NSIDX - MFB Northern FDS Small Cap Index FD (X) | | None | | | Sold | 09/12/19 | J | A | |
| 202. -NTAUX-MFB Northern Funds Tax Advantaged Ultra Short Fixed (X) | A | Interest | K | T | | | | | |
| 203. ▓▓▓▓▓▓ | A | Interest | | | Closed | 03/01/19 | J | | |
| 204. -TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index (X) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. -TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index | A | Interest | | | Sold | 11/12/19 | J | | |
| 206. TPG Partners V, L.P. | A | Int./Div. | J | T | | | | | |
| 207. -VFIAX - MFO Vanguard 500 Index Fund Admiral Shares (X) | A | Dividend | | | Sold | 09/12/19 | K | D | |
| 208. -Vista Foundation Fund II, FAF, L.P. (X) | | None | N | T | Sold (part) | 02/27/19 | J | | |
| 209. | | | | | Sold (part) | 06/27/19 | J | | |
| 210. | | | | | Sold (part) | 12/26/19 | J | | |
| 211. -Wegoma Berkshire VII, LLC | E | Int./Div. | J | T | | | | | |
| 212. LLC #1: | | | | | | | | | |
| 213. - BBVA cash equivalent | | None | M | T | | | | | |
| 214. -IJH - MFC Ishares Core S&P Mid-Cap ETF | A | Dividend | K | T | Buy (add'l) | 01/21/19 | K | | |
| 215. | | | | | Sold (part) | 09/13/19 | J | B | |
| 216. - BHYIX - MFO Blackrock FDS V High Yield BD Port Instl C | C | Interest | L | T | | | | | |
| 217. -GUNR-MFC Flexshares TR Morningstar Global Upstream Nat Res Ind | A | Dividend | K | T | Sold (part) | 01/02/19 | K | C | |
| 218. -IWM - MFC Ishares TR Russell 2000 ETF | A | Dividend | J | T | Sold (part) | 01/02/19 | J | | |
| 219. | | | | | Sold (part) | 09/13/19 | J | | |
| 220. -Minerals - Dimmit Cnty, TX (X) | D | Royalty | K | W | | | | | |
| 221. -Minerals - Starr Cnty, TX (X) | D | Royalty | K | W | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  -Minerals - Zapata Cnty, TX (X) | B | Royalty | J | W | | | | | |
| 223.  -NGREX-MFB Northern FDS Global Real Estate Index FD | A | Dividend | J | T | | | | | |
| 224.  -NMFIX - MFB Northern Multi Manager Global Listed Infrastructure FD | A | Dividend | J | T | | | | | |
| 225.  -NMMEX - MFB Northern Active FDS Active M Emerging Markets Equity FD | B | Dividend | K | T | Sold (part) | 09/12/19 | J | | |
| 226. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 227.  -NOGXX - MFB Northern US Govt Money Market FDS | B | Interest | M | T | | | | | |
| 228.  -NOINX - MFB Northern Intl Equity Index FD | B | Dividend | K | T | Sold (part) | 09/12/19 | K | | |
| 229.  -NSITX - MFB Northern FDS Short Inter Tax Exempt FD | D | Interest | N | T | Buy (add'l) | 12/20/19 | J | | |
| 230.  -NTAUX - MFB Northern Funds Tax Advantaged Ultra Short Fixed | C | Interest | N | T | Buy (add'l) | 01/02/19 | M | | |
| 231.  -Real Property, Cameron Cnty, TX | | None | N | W | | | | | |
| 232.  -SPY-MFC SPDR S&P 500 ETF Trust Units Ser 1 S&P | C | Dividend | M | T | Sold (part) | 01/02/19 | L | | |
| 233. | | | | | Sold (part) | 09/13/19 | L | C | |
| 234.  LLC #2: | | | | | | | | | |
| 235.  -Ojo Labs, Inc. | | None | K | U | | | | | |
| 236.  BBVA cash equivalent | | None | J | T | | | | | |
| 237.  ▢ 401(K) | | | | | | | | | |
| 238.  -State Street Global All Cap Equity EX-US Index NL Ser K (X) | | None | | | Sold (part) | 09/11/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold | 09/11/19 | N | | |
| 240.  -State Street S&P 500 Ind NL Ser K | | None | | | Buy<br>(add'l) | 08/21/19 | K | | |
| 241. | | | | | Sold<br>(part) | 09/11/19 | M | | |
| 242. | | | | | Sold | 09/11/19 | N | | |
| 243.  -State Street US Bd Ind NL Ser K (X) | | None | | | Sold<br>(part) | 09/11/19 | M | | |
| 244. | | | | | Sold | 09/11/19 | O | | |
| 245.  -State Street US InfProt Bd Ind CI C | | None | | | Buy<br>(add'l) | 05/22/19 | K | | |
| 246. | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 247. | | | | | Sold<br>(part) | 08/21/19 | K | | |
| 248. | | | | | Sold<br>(part) | 09/11/19 | L | | |
| 249. | | | | | Sold | 09/11/19 | N | | |
| 250.  -State Street Russell Small/Mid/Cap Ind NL Ser CI K | | None | | | Sold<br>(part) | 05/22/19 | J | | |
| 251. | | | | | Sold<br>(part) | 05/22/19 | K | | |
| 252. | | | | | Buy<br>(add'l) | 08/21/19 | J | | |
| 253. | | | | | Sold<br>(part) | 09/11/19 | K | | |
| 254. | | | | | Sold | 09/11/19 | M | | |
| 255.  Wells Fargo Stable Value Fund Class D | | None | | | Sold | 10/01/19 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. TRUST 1 | | | | | | | | | |
| 257. -BBVA cash equivalent (X) | | None | J | T | | | | | |
| 258. -BNY Mellon Appreciation Fund (formerly "Dreyfus Apprec. Fund") | F | Dividend | O | T | | | | | |
| 259. TRUST 4 (FN 1) | | | | | | | | | |
| 260. -BBVA cash equivalent | | None | J | T | | | | | |
| 261. -DIVRS - PSF Dividend Growth Cl l (formerly "T Rowe Price Dividend Gro | | None | L | T | | | | | |
| 262. -EMGMK - PSF Emerging Mkts Cl l (formerly "Oppenheimer Funds, Inc.Emer | | None | K | T | | | | | |
| 263. -EQNDX - PSF Equity Index Cl l (formerly "Blackrock - Equity Index") | | None | L | T | | | | | |
| 264. -FIDMM - Fidelity VP Govt Money Mkt SC | | None | J | T | | | | | |
| 265. -GLBHA - VanEck VIP Glbl HrdAsssets IC (formerly "Van Eck Worldwide In | | None | K | T | | | | | |
| 266. -HYDBD - PSF High Yield Bond Cl l (formerly "Pacific Asset Mngmt High | | None | K | T | | | | | |
| 267. -INFMG - PSF Inflation Managed Cl l (formerly "PIMCO Inflation Managed | | None | J | T | | | | | |
| 268. -INTLC - PSF Intl Large-Cap Cl l (formerly "MFS Inv Mgmt Inlt Large-Ca | | None | L | T | | | | | |
| 269. -ISCAP - PSF Intl Sm-Cap Cl l (formerly "QS Investors Intl Small Cap") | | None | J | T | | | | | |
| 270. -LMPMC - ClearBridge Var Mid Cap Core CL II | | None | K | T | | | | | |
| 271. -MNGBD - PSF Managed Bond Cl l (formerly "PIMCO Managed Bond") | | None | L | T | | | | | |
| 272. -RELST - PSF Real Estate Cl l (formerly "Principal Real Estate") | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. -SCEQY - PSF Small-Cap Equity Cl l (formerly "Franklin and BlackRock S | | None | K | T | | | | | |
| 274. TRUST 6 | | | | | | | | | |
| 275. -Baltimore Cnty MD 4% Due 08-01-2020 BEO | A | Interest | K | T | | | | | |
| 276. -Baltimore Cnty MD 5% Due 03-01-2019 BEO | B | Interest | | | Matured | 03/01/19 | K | | |
| 277. -Carroll Cnty MD 5% 11-01-2021 BEO | B | Interest | K | T | | | | | |
| 278. -Clatsop Cnty Ore Sch Dist No 010 4.0% Due 06-15-2021 BEO | B | Interest | L | T | | | | | |
| 279. -Connecticut St. Revolving FD Gen Rev 3.0% Due 05-01-2020 BEO | B | Interest | L | T | | | | | |
| 280. -Denver COLO City & Cnty Sch Dist No 1 5% 12-01-2021 BEO | B | Interest | K | T | | | | | |
| 281. -Fairfax Cnty VA 5% 04-01-2020 BEO | B | Interest | K | T | | | | | |
| 282. -Forsythe Cnty NC 5.0% Due 03-01-2022 BEO | B | Interest | L | T | Buy | 03/20/19 | L | | |
| 283. -GUNR: MFC Flexshares TR Morningstar Global Upstream Nat Res Index | A | Dividend | K | T | Sold (part) | 09/13/19 | K | D | |
| 284. -Kansas St Dev Fin Auth Rev 5% 02-01-2021 BEO | B | Interest | K | T | | | | | |
| 285. -Maricopa Cnty Ariz Sch Dist No 3 Tempe Elem 3.5% Due 07-01-2022 | B | Interest | L | T | | | | | |
| 286. -Massachusetts St. 4% 08-01-2019 BEO | B | Interest | | | Matured | 08/01/19 | K | | |
| 287. -Metropolitan Govt. Nashville & Davidson Cnty Tenn 2.0% Due 07-01-2023 | A | Interest | L | T | Buy | 03/07/19 | L | | |
| 288. -Minnesota St 5% 10-01-2020 BEO | B | Interest | K | T | | | | | |
| 289. -New York St Dorm Auth St Pers Income Tax Rev 5% 12-15-2020 BEO | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. -NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD | | None | | | Sold | 09/12/19 | M | E | |
| 291. -NOGXX: MFB Northern US Govt Money Market FDS | B | Interest | N | T | | | | | |
| 292. -NOGXX: MFB Northern US Govt Money Market FDS | A | Interest | L | T | | | | | |
| 293. -NOINX: MFB Northern Intl Equity Index FD | | None | | | Sold | 09/12/19 | M | E | |
| 294. -North Kansas City MO Sch Dist No 74 5% 03-01-2019 BEO | B | Interest | | | Matured | 03/01/19 | K | | |
| 295. -NOSIX: MFB Northern FDS STK Index Fd | B | Interest | | | Sold | 09/12/19 | M | F | |
| 296. -Pennsylvania St 5% 05-01-2020 BEO | B | Interest | L | T | | | | | |
| 297. -Phoenix Ariz Civic Impt Corp Tran Excise Tax Rev 5% 07-1-2019 BEO | B | Interest | | | Matured | 07/01/19 | K | | |
| 298. -Real Property, Travis Cnty, TX | E | Rent | N | W | | | | | |
| 299. -TDTT: MFC Flexshares Tr Iboxx 3 yr Target Duration Tips Index Fd | A | Interest | K | W | | | | | |
| 300. TRUST 7 | | | | | | | | | |
| 301. -NFRA: MFC Flexshares Tr Stoxx Global Broad Infrstrcture Index FD | B | Dividend | L | T | | | | | |
| 302. -NGREX: MFB Northern FDS Global Real Estate Index FD | C | Dividend | L | T | | | | | |
| 303. -NMHYX: MFB Northern FundsMulti Manager High Yield Opportunity Fund | D | Dividend | M | T | | | | | |
| 304. -NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD | C | Dividend | L | T | Sold<br>(part) | 09/12/19 | K | D | |
| 305. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 306. -NOGXX - MFB Northern US Govt Money Market FDS | C | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  -NOINX: MFB Northn Intl Eqty Index FD | C | Dividend | M | T | Sold (part) | 09/12/19 | M | D | |
| 308.  -NOMIX: MFB Northn Mid Cap Index FD | B | Dividend | L | T | Sold (part) | 09/12/19 | L | D | |
| 309.  -NOSIX: MFB Northern FDS Stk Index FD | D | Dividend | M | T | Sold (part) | 09/12/19 | N | G | |
| 310. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 311.  -NSIDX: MFB Northern FDS Small Cap Index FD | A | Dividend | K | T | Sold (part) | 09/12/19 | K | C | |
| 312.  PCRIX: MFO PIMCO FDS PAC INVT MGMT SER COMMODITY REALRETURN STRATEGY F | A | Dividend | K | T | | | | | |
| 313.  -Real Property, Travis Cnty, TX | E | Rent | N | W | | | | | |
| 314.  TRUST 8 | | | | | | | | | |
| 315.  -GUNR: MFC Flexshres TR Morningstar Global Upstream Nat Res Index FD | A | Dividend | | | Sold (part) | 03/08/19 | K | | |
| 316. | | | | | Sold | 03/22/19 | J | | |
| 317.  -NFRA: MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | | | Sold (part) | 03/08/19 | K | | |
| 318. | | | | | Sold | 03/22/19 | J | | |
| 319.  -NGREX: MFB Northern FDS Global Real Estate Index FD | A | Dividend | | | Sold (part) | 03/11/19 | K | | |
| 320. | | | | | Sold | 03/28/19 | J | | |
| 321.  -NHFIX: MFB Northn Hi Yield Fxd Inc FD | B | Interest | | | Sold (part) | 03/11/19 | L | | |
| 322. | | | | | Sold | 03/28/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 323.  -NOEMX: MFB Northn Fds Emerging Mkts Eqty Eqty Index FD | | None | | | Sold (part) | 03/11/19 | L | | |
| 324. | | | | | Sold | 03/28/19 | K | | |
| 325.  -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | | | Sold (part) | 03/08/19 | K | | |
| 326. | | | | | Sold (part) | 03/22/19 | J | | |
| 327. | | | | | Sold (part) | 04/23/19 | J | | |
| 328. | | | | | Sold | 05/16/19 | J | | |
| 329.  -NOINX: MFB Northn Intl Eqty Index FD | | None | | | Sold (part) | 03/11/19 | M | | |
| 330. | | | | | Sold | 03/28/19 | K | | |
| 331.  -NOITX: MFB Northern Funds Inter Tax Exempt FD | A | Interest | | | Sold (part) | 03/11/19 | M | | |
| 332. | | | | | Sold | 03/28/19 | J | | |
| 333.  -NOMIX: MFB Northn Mid Cap Index FD | | None | | | Sold (part) | 03/11/19 | K | | |
| 334. | | | | | Sold | 03/28/19 | J | | |
| 335.  -NOSIX: MFB Northern FDS Stk Index FD | A | Dividend | | | Sold (part) | 03/11/19 | M | | |
| 336. | | | | | Sold | 03/28/19 | K | | |
| 337.  -NSIDX: MFB Northern FDS Small Cap Index FD | | None | | | Sold (part) | 03/11/19 | K | | |
| 338. | | | | | Sold | 03/28/19 | J | | |
| 339.  - NTAUX: MFB Northern Funds Tax Advantaged Ultra Short Fixed | A | Interest | | | Sold (part) | 03/11/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Atlas, Nancy F.** | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 340. | | | | | Sold | 03/28/19 | K | | |
| 341.  -TDTT: MFC Flexshares Tr Iboxx 3 yr Target Duration Tips Index Fd | | None | | | Sold (part) | 03/08/19 | J | | |
| 342. | | | | | Sold | 03/22/19 | J | | |
| 343.  -VFIAX: Vanguard 500 Index Fund (X) | A | Dividend | | | Sold (part) | 03/15/19 | K | | |
| 344. | | | | | Sold | 03/27/19 | K | | |
| 345.  TRUST 9 | | | | | | | | | |
| 346.  -Alabama Fed Aid Hwy Fin Auth Spl Oblig Rev 5.0% Due 09-01-2025 BEO | B | Interest | K | T | | | | | |
| 347.  -Arapahoe Cnty Colo Sch Dist No 006 Littleton 5.5% Due 12-01-2027 BEO | B | Interest | K | T | Buy | 01/24/19 | K | | |
| 348.  -Bay Area Toll Auth Calif Toll Brdg Rev Rmrktd 2.0% Due 04-01-2053 / | A | Interest | K | T | | | | | |
| 349.  -Bellmore-Merrick NY Cent High Sch Dist 2% 07-15-2024 BEO | A | Interest | | | Sold | 05/10/19 | K | | |
| 350.  -California St 5.0% Due 10-01-2024 BEO | B | Interest | K | T | | | | | |
| 351.  -Chippewa Falls Wis Area Uni Sch Dist. 5.0% Due 03-01-2027/03-01-2026 | A | Interest | K | T | | | | | |
| 352.  -Clark Cnty Wash Sch Dist No 037 Vancouver 5.0% Due 12-01-2027 BEO | | None | K | T | Buy | 08/13/19 | K | | |
| 353.  -Colorado Springs Colo Utils Rev 5% Due 11-15-2025 BEO | A | Interest | K | T | | | | | |
| 354.  -Connecticut St SPL Tax Oblig 5% 01-01-2025 BEO | B | Interest | K | T | | | | | |
| 355.  -Florida St Brd Ed Pub Ed 4% 06-01-2023/06-01-2021 BEO | B | Interest | L | T | | | | | |
| 356.  -Honolulu Hawaii City & Cnty 5.0% Due 09-01-2028 BEO | A | Interest | K | T | Buy | 03/12/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. -Kansas St Dev Fin Auth Rev 5% 12-01-2021 BEO | B | Interest | L | T | | | | | |
| 358. -Massachusetts St. 5% 07-01-2023 BEO | B | Interest | K | T | | | | | |
| 359. -Metropolitan Council Minn Minneapolis-StPaul Met Area 5% 03-01-2022 | B | Interest | | | Sold | 07/12/19 | K | A | |
| 360. -New York St Dorm Auth St Pers Income Tax Rev 5% 12-15-2020 BEO | B | Interest | | | Sold | 11/22/19 | K | A | |
| 361. -NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD | | None | | | Sold | 09/12/19 | K | D | |
| 362. -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | J | T | | | | | |
| 363. -NOGXX - MFB Northern US Govt Money Market FDS | B | Interest | M | T | | | | | |
| 364. -NOINX: MFB Northern Intl Equity Index FD | | None | | | Sold | 09/12/19 | L | D | |
| 365. -NOSIX: MFB Northern FDS STK Index FD | B | Dividend | | | Sold | 09/12/19 | M | F | |
| 366. -Pennsylvania St 5% 05-01-2020 BEO | B | Interest | L | T | | | | | |
| 367. -Phoenix Ariz 4% Due 07-01-2024 BEO | A | Interest | K | T | | | | | |
| 368. -San Francisco Calif City & Cnty Pub Utils Commn Wtr Rev 5% Due 11-01 | A | Interest | | | Sold | 03/04/19 | K | A | |
| 369. -Sun Prairie Wis Area Sch Dist 4.0% Due 03-01-2023/03-01-2028 BEO | | None | K | T | Buy | 08/29/19 | K | | |
| 370. -TDTT: MFC Flexshares Tr Tr Iboxx 3 yr Target Duration Tips Index FD | A | Interest | K | T | | | | | |
| 371. -Texas Transn Commn St Hwy FD Rev 3% Due 10-01-2021 BEO | A | Interest | K | T | | | | | |
| 372. -Triborough Brdg & Tunl Auth NY Revs 5% 11-15-2021 BEO | B | Interest | K | T | | | | | |
| 373. -Trinity River Auth Tex Regl Wastewtr Sysrev 3.0% Due 08-01-2023 BEO | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. -U.S. Treasury Bill | | None | N | T | Buy | 09/19/19 | M | | |
| 375. -Virginia Comwlth Transn Brd Transn Rev 5.0% Due 05-15-2025 BEO | A | Interest | | | Sold | 01/14/19 | K | A | |
| 376. -Wake Cnty N C 5.0% Due 03-01-2025 BEO | B | Interest | K | T | | | | | |
| 377. -Washington St 5% Due 07-01-2024 BEO | B | Interest | | | Sold | 07/22/19 | K | A | |
| 378. -Washington St 5% Due 08-01-2021 BEO | B | Interest | K | T | | | | | |
| 379. -West Virginia St. 5.0% Due 06-01-2028 BEO | | None | K | T | Buy | 12/17/19 | K | | |
| 380. TRUST 10 | | | | | | | | | |
| 381. -DFISX: MFO DFA Intl Small Co Portfolio Fund | A | Dividend | | | Buy | 01/23/19 | L | | |
| 382. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 383. | | | | | Sold | 09/13/19 | L | C | |
| 384. -GUNR: MFC Flexshares TR Morningstar Global Upstream Nat Res Index FD | C | Dividend | L | T | Buy (add'l) | 06/24/19 | J | | |
| 385. | | | | | Sold (part) | 08/16/19 | J | A | |
| 386. | | | | | Sold (part) | 09/16/19 | K | D | |
| 387. -NFRA: MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | K | T | Sold (part) | 01/23/19 | J | | |
| 388. | | | | | Buy (add'l) | 06/24/19 | J | | |
| 389. | | | | | Buy (add'l) | 08/19/19 | J | | |
| 390. -NGREX: MFB Northern FDS Global Real Estate Index FD | B | Dividend | K | T | Sold (part) | 01/23/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 392. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 393. -NHFIX: MFB Northern Hi Yield Fxd Inc FD | D | Interest | L | T | Buy | 01/23/19 | L | | |
| 394. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 395. -NMHYX: MFB Northern Funds Multi Manager High Yield Opportunity Fund | | None | | | Sold | 01/23/19 | M | B | |
| 396. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | B | Dividend | L | T | Sold (part) | 01/23/19 | J | A | |
| 397. | | | | | Sold (part) | 06/21/19 | J | A | |
| 398. | | | | | Sold (part) | 08/16/19 | L | B | |
| 399. | | | | | Sold (part) | 09/13/19 | L | D | |
| 400. -NOGXX - MFB Northern US Govt Money Market FDS | C | Interest | O | T | | | | | |
| 401. -NOINX: MFB Northern Intl Equity Index FD | C | Dividend | M | T | Sold (part) | 01/23/19 | J | | |
| 402. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 403. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 404. | | | | | Sold (part) | 09/13/19 | M | E | |
| 405. -NOMIX: MFB Northern Mid Cap Index FD | B | Dividend | L | T | Buy (add'l) | 01/25/19 | J | | |
| 406. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 407. | | | | | Sold (part) | 09/13/19 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 408.  -NOSIX: MFB Northern FDS STK Index FD | D | Dividend | N | T | Buy (add'l) | 01/25/19 | K | | |
| 409. | | | | | Sold (part) | 06/21/19 | K | B | |
| 410. | | | | | Buy (add'l) | 08/16/19 | K | | |
| 411. | | | | | Sold (part) | 09/13/19 | M | G | |
| 412. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 413.  -NSIDX: MFB Northern FDS Small Cap Index FD | A | Dividend | K | T | Buy (add'l) | 01/25/19 | J | | |
| 414. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 415. | | | | | Sold (part) | 09/13/19 | K | C | |
| 416.  -U.S. Treasury Bill | | None | N | T | Buy | 09/19/19 | M | | |
| 417.  -VEU: MFC Vanguard Intl Equity Index FDS Vanguard FTSE All World Ex | | None | | | Sold | 01/23/19 | K | A | |
| 418.  TRUST 11 (X) | | | | | | | | | |
| 419.  -GUNR: MFC Flexshares TR Morningstar Global Upstrm Nat Res Ind FD (X) | A | Dividend | | | Sold | 12/27/19 | J | A | |
| 420.  -IWB: MFC Ishares TR Russell 1000 ETF (X) | A | Dividend | | | Sold (part) | 09/13/19 | K | B | |
| 421. | | | | | Sold | 12/27/19 | K | C | |
| 422.  -IWR: MFC Ishares TR Russell Mid-Cap ETF (X) | A | Dividend | | | Sold (part) | 09/13/19 | J | A | |
| 423. | | | | | Sold | 12/27/19 | J | A | |
| 424.  -NGREX: MFB Northern FDS Global Real Estate Index FD (X) | A | Dividend | | | Sold | 12/26/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 425. -NMFIX: MFB Northern Multi Manager Global Listed Infrastructure (X) | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 426. -NMHYX: MFB Northern Funds Multi Manager High Yield Opportunity (X) | B | Dividend | | | Sold | 12/26/19 | K | | |
| 427. -NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD (X) | A | Dividend | | | Sold (part) | 09/12/19 | J | | |
| 428. | | | | | Sold | 12/26/19 | J | | |
| 429. -NOGXX - MFB Northern US Govt Money Market FDS (X) | A | Interest | K | T | | | | | |
| 430. -NOINX: MFB Northern Intl Equity Index FD (X) | A | Dividend | | | Sold (part) | 09/12/19 | K | | |
| 431. | | | | | Sold | 12/26/19 | J | | |
| 432. -NOITX: MFB Northern Funds Inter Tax Exempt FD (X) | A | Interest | | | Sold | 09/12/19 | K | B | |
| 433. -NSITX: MFB Northern FDS Short Inter Tax Exempt (X) | A | Interest | | | Sold | 12/26/19 | K | A | |
| 434. -NTAUX: MFB Northern Funds Tax Advantaged Ultra Short Fixed (X) | A | Interest | | | Buy | 09/12/19 | K | | |
| 435. | | | | | Sold | 12/26/19 | K | | |
| 436. Trust 12 | | | | | | | | | |
| 437. -Beaufort Cnty S C Sch Dist 5.0% Due 03-01-2021 | C | Interest | | | Sold | 09/16/19 | L | A | |
| 438. -Bismarck N D 5.0% Due 05-01-2022 | C | Interest | | | Sold | 09/16/19 | M | B | |
| 439. -Connecticut St 5.0% DUE 10-15-2020 BEO | C | Interest | | | Sold | 12/27/19 | L | A | |
| 440. -Georgia St 5.0% Due 07-01-2021 BEO | C | Interest | | | Sold | 09/16/19 | L | A | |
| 441. -GUNR: MFC Flexshares TR Morningstar Global Upstream Nat Res Ind | A | Dividend | | | Sold | 12/27/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442.  -IWB: MFC Ishares TR Russell 1000 ETF | D | Dividend | | | Sold (part) | 09/13/19 | M | D | |
| 443. | | | | | Sold | 12/27/19 | N | E | |
| 444.  - IWR: MFC Ishares TR Russell Mid-Cap ETF | B | Dividend | | | Sold (part) | 09/13/19 | L | B | |
| 445. | | | | | Sold | 12/27/19 | L | D | |
| 446.  -Logan City Utah Sch Dist 5.0% Due 06-15-2021 BEO | C | Interest | | | Sold | 09/16/19 | L | A | |
| 447.  -Mecklenburg Cnty N C 5.0% Due 12-01-2021 BEO | C | Interest | | | Sold | 09/16/19 | M | B | |
| 448.  -New York St Dorm Auth St Pers Income TaxRev Unrefunded Balance | D | Interest | | | Sold | 12/27/19 | L | | |
| 449.  -NGREX: MFB Northern FDS Global Real Estate Index FD | C | Dividend | | | Sold | 12/26/19 | L | C | |
| 450.  -NMFIX: MFB Northern Multi Manager Global Listed Infrastructure | B | Dividend | | | Sold | 12/26/19 | K | A | |
| 451.  -NMHYX: MFB Northern Funds Multi Manager High Yield Opportunity | D | Dividend | | | Sold | 12/26/19 | M | | |
| 452.  -NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD | B | Dividend | | | Sold (part) | 09/12/19 | K | | |
| 453. | | | | | Sold | 12/26/19 | K | | |
| 454.  -NOGXX - MFB Northern US Govt Money Market FDS | E | Interest | M | T | Buy | 09/11/19 | N | | |
| 455.  -NOINX: MFB Northern Intl Equity Index FD | C | Dividend | | | Sold (part) | 09/12/19 | K | | |
| 456. | | | | | Sold | 12/26/19 | M | | |
| 457.  -NTAUX: MFB Northern Funds Tax Advantaged Ultra Short Fixed | B | Interest | | | Sold | 12/26/19 | L | A | |
| 458.  -Pennsylvania St 5.0% Due 05-01-2020 BEO | C | Interest | | | Sold | 12/27/19 | L | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. -Portland Ore Swr Sys Rev 5.0% Due 06-01-2021 | C | Interest | | | Sold | 09/16/19 | L | A | |
| 460. -Texas St Fltg Rt.5.0% Due 10-01-2022 BEO (was TX St. 5% Due 10-01-22) | C | Interest | | | Sold | 09/16/19 | M | B | |
| 461. Trust 13 | | | | | | | | | |
| 462. -NOGXX- MFB Northern US Govt Money Market FDS (X) (FN9) | A | Interest | | | Sold | 12/18/19 | J | | |
| 463. Trust 14 | | | | | | | | | |
| 464. -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index | A | Dividend | J | T | Sold (part) | 04/02/19 | J | A | |
| 465. | | | | | Sold (part) | 08/23/19 | J | A | |
| 466. -NFRA: MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | J | T | | | | | |
| 467. -NGREX- MFB Northern FDS Global Real Estate Index FD | A | Dividend | J | T | | | | | |
| 468. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | B | Distribution | K | T | | | | | |
| 469. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | A | Dividend | K | T | Sold (part) | 04/01/19 | J | | |
| 470. | | | | | Sold (part) | 08/22/19 | J | | |
| 471. -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | K | T | | | | | |
| 472. -NOINX-Northern Intl Equity Index FD | A | Dividend | K | T | Sold (part) | 04/01/19 | J | | |
| 473. | | | | | Sold (part) | 08/22/19 | J | | |
| 474. -NOITX: MFB Northern Funds Inter Tax Exempt FD | B | Interest | L | T | Buy (add'l) | 04/01/19 | J | | |
| 475. | | | | | Buy (add'l) | 08/22/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 476.  -NOMIX: MFB Northern Mid Cap Index FD | A | Dividend | J | T | Sold (part) | 08/22/19 | J | | |
| 477.  -NOSIX - MFB Northern FDS STK Index FD | B | Dividend | K | T | Sold (part) | 08/22/19 | J | B | |
| 478.  -NSIDX - MFB Northern FDS Small Cap Index FD (FN 11) | A | Dividend | J | T | Sold (part) | 08/22/19 | J | A | |
| 479.  -NTAUX: MFB Northern Funds Tax Advantaged Ultra Short Fixed | A | Interest | K | T | | | | | |
| 480.  -TDTT: MFC Flexshares Tr Tr Iboxx 3 yr Target Duration Tips Index FD | A | Dividend | J | T | | | | | |
| 481.  -VFIAX: Vanguard 500 Index Fund (X) | A | Dividend | J | T | Sold (part) | 04/01/19 | J | C | |
| 482.  Trust 15 | | | | | | | | | |
| 483.  -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | O | T | Buy | 12/26/19 | M | | |
| 484.  Trust 16 | | | | | | | | | |
| 485.  -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index | A | Dividend | | | Sold | 03/25/19 | J | | |
| 486.  -NFRA: MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | | | Sold | 03/25/19 | J | | |
| 487.  -NGREX- MFB Northern FDS Global Real Estate Index FD (X) | A | Dividend | | | Sold | 03/28/19 | J | | |
| 488.  -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | A | Interest | | | Sold | 03/28/19 | K | | |
| 489.  -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | | None | | | Sold | 03/28/19 | K | | |
| 490.  -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | | | Sold | 06/14/19 | J | | |
| 491.  -NOINX-Northern Intl Equity Index FD | | None | | | Sold | 03/28/19 | K | | |
| 492.  -NOITX: MFB Northern Funds Inter Tax Exempt FD | A | Interest | | | Sold | 03/28/19 | K | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 493.  -NOMIX: MFB Northern Mid Cap Index FD | | None | | | Sold | 03/28/19 | J | | |
| 494.  -NOSIX - MFB Northern FDS STK Index FD | A | Dividend | | | Sold | 03/28/19 | K | | |
| 495.  -NSIDX - MFB Northern FDS Small Cap Index FD (FN 11) | | None | | | Sold | 03/28/19 | J | | |
| 496.  -NTAUX: MFB Northern Funds Tax Advantaged Ultra Short Fixed | A | Interest | | | Sold | 03/28/19 | K | | |
| 497.  -TDTT: MFC Flexshares Tr Tr Iboxx 3 yr Target Duration Tips Index FD | | None | | | Sold | 03/25/19 | J | | |
| 498.  -VFIAX: Vanguard 500 Index Fund (X) | A | Dividend | | | Sold | 03/25/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Atlas, Nancy F.** | 09/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section 1 Notes:

(1) Neither I nor my spouse has a beneficial interest in Trust 2 or Trust 3.  Nor did we create either trust.

Section V Notes:

(1) A few times each year, friends invite my spouse and me to sit with them at tables they have purchased at charity events.  We occasionally invite frieds to do the same, i.e., join us at tables we have purchased for charity events.  Since my confirmation, each time a friend has invited us to sit at his/her table, my _____ has made a contribution to the organization hosting the event equal to or greater than the fair market value of two tickets to the event.  Each time, the invitation has come from a close fiends whose friendship long predated my nomination.  A few of those friends are lawyers and could someday represent clients in my court.  To my knowledge, none of those frineds was a party or represeneted clients in my court at the time of either their invitation to attend the event or the event at which we sat at their table.

Section VII Notes:

(1)  All the assets in Trust 4 except BBVA cash equivalent are investment funded by the cash value of the Pacific Life Insurance Co. life insurance policy (listed on line 168).  Assets in lines 261-273 are part of that life insurance policy.  Pacific Life informed my _____ that it cannot provide the income for any year.  Company representatives explained that because I hold an interest in funds in which the cash value of an insurance policy has been invested, and not an individial taxable investment, there are no individual dividends or realized gains to report; all that is reported are gains or losses to the policy cash value.  In addition, according to the company, under applicable government regulations an insurance policy is considered an asset, not an investment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy F. Atlas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544